J. MICHAEL COOMBS, ESQ., Utah Bar No. 3639
MABEY & COOMBS, L.C.
Highland Ridge
4568 South Highland Drive, Suite 290
Salt Lake City, UT 84117-4237
Telephone: 801-467-2779
Fax No: 801-467-3256
jmcoombs@sisna.com

ATTORNEYS FOR EUROGAS, INC.

IN AND BEFORE THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TOMBSTONE EXPLORATION CORP.,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>EUROGAS, INC., et al.,<br><br>     Defendant, Counterclaim Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>ALAN BROWN, Third-Party Defendant. | **REQUEST TO SUBMIT TWO (2) MOTIONS FOR DECISION**<br><br>Case No. 2:15-00195 DN<br><br>Judge David Nuffer |

     Pursuant to DUCivR 7-3 titled **Request to Submit for Decision**, EuroGas, Inc., by and through counsel, hereby submits that Tombstone Exploration Corp.'s (1) April 19, 2018 Motion for an Award of Attorneys Fees and Costs and (2) its subsequent April 23, 2018, Motion to Amend or Modify the Judgment under Rule 59(a)(2) or, to Set the Judgment Aside under Rule 60(b), are both now fully briefed and ready for decision.

1. Tombstone's Motion for an Award of Costs and Fees under the indemnification provisions in the Stock-for-Stock Exchange Agreement was filed on April 19, 2018. Docket Entry No. 130. The Motion was supported by a Declaration of Tombstone's counsel, Matt Lewis. Docket Entry No. 130-1.

EuroGas filed its <u>Opposing</u> Memorandum on May 3, 2018, along with an <u>Opposing</u> Declaration of EuroGas's counsel, Mike Coombs. Docket Entry Nos. 135 and 135-1.

Tombstone's <u>Reply</u> Memorandum was filed on May 17, 2018, along with a <u>Supplemental</u> Declaration of Tombstone's counsel, Matt Lewis. Docket Entry Nos. 137 and 137-1.

2. Tombstone's Motion to Amend or Modify the Judgment under Rule 59(a)(2) or to Set the Judgment Aside under Rule 60(b) was filed on April 23, 2018. Docket Entry No. 133.

EuroGas filed its <u>Opposing</u> Memorandum on May 7, 2018. Docket Entry No. 136.

Tombstone's <u>Reply</u> Memorandum was filed on May 23, 2018. Docket Entry No. 140. (The Reply was not tardy because Tombstone and EuroGas stipulated to an extension.)

No party has sought or requested oral argument on the two outstanding motions, including on Tombstone's earlier pending Motion to Reconsider dated March 23, perhaps because enough time and money has already been spent by the parties in this case.

DATED this <u>27th</u> day of May, 2018.

Respectfully submitted,
MABEY & COOMBS, L.C.


<u>/s J. Michael Coombs</u>
J. Michael Coombs
*Attorneys for EuroGas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2018, a true and correct copy of the foregoing **REQUEST TO SUBMIT TWO (2) MOTIONS FOR DECISION**, were served via email through the court system on counsel of record as indicated below:

Matthew R. Lewis
Ryan Bell
KUNZLER LAW
mlewis@kunzlerlaw.com

                                                /s/ J. Michael Coombs
                                                J. Michael Coombs