IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TOMBSTONE EXPLORATION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>EUROGAS, INC., et al.,<br><br>Defendants. | **ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL OR RELIEF FROM JUDGMENT**<br><br>Case No. 2:15-cv-00195-DN<br><br>District Judge David Nuffer |

Plaintiff Tombstone Exploration Corp. ("Tombstone") has filed a Combined Motion for New Trial Pursuant to Rule 59(a)(2) or for Relief from Judgment Pursuant to Rule 60(b) (the "Motion").[1] Tombstone is not entitled at law or in equity to a new trial or for relief from the judgment in this case under rules 59(a)(2) and 60(b) of the Federal Rules of Civil Procedure because Tombstone had sufficient opportunity to prepare for trial and present expert testimony and other evidence on the issue of damages.

THEREFORE, IT IS HEREBY ORDERED that the Motion[1] is DENIED.

Signed October 31, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 133, filed April 23, 2018.